### Danny R. BREWER, Claimant–Appellant,

#### v.

### Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

#### No. 2012–7167.

United States Court of Appeals, Federal Circuit.

May 14, 2013.

Andrew J. Waghorn, of Gainesville, Virginia, argued for claimant-appellant.

Kenneth M. Dintzer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, JR., Assistant Director, and Alex P. Hontos, Trial Attorney. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Martie Adelman, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before RADER, Chief Judge, CLEVENGER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**